**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**CHRISTINE CALDWELL BROWN**                                        **PLAINTIFF**

**V.**                                                                                                  **NO. 4:20-CV-24-DMB-JMV**

**CABLEONE dba Sparklight**                                           **DEFENDANT**

**ORDER OF RECUSAL**

The undersigned district judge recuses herself from this case. The Clerk of the Court is directed to reassign this case to another district court judge.

**SO ORDERED**, this 14th day of May, 2020.

                                                       **/s/Debra M. Brown**
                                                       **UNITED STATES DISTRICT JUDGE**